# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

11:54 am, Nov 02 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )  Case No.  1:22-mj-03109-JMC
Records and Information Related to an Email  Account Provided  )
by Google LLC  )
  )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Transfer of Obscene Material to Minors |
| 18 U.S.C. § 2422(b) | Coercion and Enticement |
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Minors |

The application is based on these facts:

See affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

_____
*Applicant's signature*

Nichole Rodriguez, U.S. Postal Inspector
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).



Date: October 21, 2022
_____
*Judge's signature*

City and state: Baltimore, Maryland
J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*