✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

11:55 am, Nov 02 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Records and Information Related to an Email Account Provided by Google LLC.<br><br>Records and Information Associated with an Account Stored at Premises Controlled by Apple Inc. | 1:22-mj-03109-JMC<br><br>Case No. _____<br><br>**Filed Under Seal**<br><br>1:22-mj-03110-JMC |

**GOVERNMENT'S MOTION TO SEAL AND FOR NONDISCLOSURE ORDERS**

The United States of America respectfully moves this Court for an order sealing the papers submitted in connection with above-referenced search warrants, including the affidavit and supporting documents, and prohibiting disclosure of the same, and in support thereof states:

1. United States Magistrate Judge J. Mark Coulson authorized the execution of search warrants upon:

   a) Records and Information Related to an Email Account Provided by Google LLC,

   b) Records and Information Associated with an Account Stored at Premises Controlled by Apple Inc.

2. The affidavit submitted in support of the above-referenced search warrants contains information regarding an ongoing investigation related to alleged violations of Title 18, United States Code, 18 U.S.C. §§ 1470 (Transfer of Obscene Material to Minors), 2422(b) (Coercion and Enticement), and 2251(a) (Sexual Exploitation of Minors). Disclosure of the affidavit at this time could seriously jeopardize the investigation as it would reveal names and identities of individuals related to this ongoing investigation and could potentially lead to the identification of individuals who are assisting law enforcement efforts. Therefore, disclosure of the affidavit at this time

would in all likelihood compromise the integrity of the investigation and could quite possibly jeopardize the outcome of the investigation.

3. To seal an affidavit for a search or arrest warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004). The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id*. at 65. This motion and the Court's reasons for sealing should also be sealed. *Id*. Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents. *Id*.

4. The United States also requests that the Court order Google LLC, AND Apple Inc. not to notify any person (including the subscribers and customers of the account(s) listed in the warrants) of the existence of the attached warrants until further order of the Court, or for one year from the date of the Court's order, whichever is sooner.

5. Google LLC, AND Apple Inc. are providers of an electronic communication service, as defined in Title 18, United States Code, Section 2510(15), and/or remote computer services, as defined in Title 18, United States Code, Section 2711(2). Pursuant to Title 18, United States Code, Section 2703, the United States obtained the attached warrants, which require Google LLC, AND Apple Inc. to disclose certain records and information to the United States. This Court has authority under Title 18, United States Code, Section 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id*.

WHEREFORE, the government respectfully requests that the above-referenced search warrants and supporting affidavit, along with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

WHEREFORE, the government also respectfully requests that Google LLC, AND Apple Inc. be ordered not to disclose the above-referenced search warrants for one year or until further order of the Court, whichever is sooner.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/ Mary Setzer
Digitally signed by MARY SETZER
Date: 2022.10.21 09:17:50 -04'00'

Mary W. Setzer
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4809